**JS-6**
**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7733 PSG (MANx) | Date | January 23, 2009 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Co. v. Ramon A. Vega | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):           Attorneys Present for Defendant(s):

Not Present                                                    Not Present

**Proceedings:**     **(In Chambers) Remand Order**

On September 28, 2008, Plaintiff Deutsche Bank National Trust, as trustee, initiated this case against Defendant Ramon A. Vega ("Defendant"). Then, on November 24, 2008, Defendant removed this case on the basis of federal question and diversity jurisdiction.

The Court has reviewed Defendant's notice of removal and the underlying complaint and finds that it lacks subject matter jurisdiction over this matter. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004) (observing that a court is required to consider *sua sponte* whether it has subject matter jurisdiction). The well-pleaded complaint rule requires a federal question to be evident from the face of the plaintiff's complaint for jurisdiction under 28 U.S.C. § 1331 to exist. *Caterpillar, Inc., v. Williams*, 482 U.S. 386, 392, 107 S. Ct. 2425, 96 L. Ed. 2d 318 (1987). Here, the complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law. Thus, from the face of the complaint, it is clear that no basis for federal question jurisdiction exists.

There is also no diversity jurisdiction in this matter. For a federal court to exercise diversity jurisdiction, there must be "complete" diversity between the parties and the amount in controversy requirement must be met. *See Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L. Ed. 435 (1806); 28 U.S.C. § 1332(a). Here, Defendant's removal fails to establish complete diversity between the parties. Also, from the face of Plaintiff's complaint, this action is for an amount that does not exceed $10,000. Thus, diversity jurisdiction is lacking.

For the foregoing reasons, the Court finds that it lacks subject matter jurisdiction over this

**JS-6**
**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-7733 PSG (MANx) | Date | January 23, 2009 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Co. v. Ramon A. Vega | | |

matter and, therefore, REMANDS the case.

**IT IS SO ORDERED.**